AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dever, James C. | U.S. District Court, EDNC | 4/30/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge- Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court
310 New Bern Ave.
Raleigh, NC 27601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Law Professor | Campbell University, N.A. Wiggins School of Law |
| 2. | Senior Lecturing Fellow | Duke University School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Agreement to teach as an adjunct law professor at Campbell University |
| 2. | 2013 | Agreement to teach as a senior lecturing fellow at Duke University |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 4/30/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Campbell University (wages) | $6,760.00 |
| 2. | 2013 | Duke University (wages) | $10,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Teacher, Our Lady of Lourdes Catholic School, Raleigh, North Carolina (wages) |
| 2. | 2013 | Self-employed, Silpada, Raleigh, North Carolina |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NC Association of Defense Attorneys | 6/13/13 - 6/16/13 | Hilton Head, SC | 2013 Annual Meeting | hotel, food, gas |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 4/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Northwestern Mutual Life Policy | A | Int./Div. | K | T | | | | | |
| 2.  Northwestern Mutual Life Policy | A | Int./Div. | K | T | | | | | |
| 3. | | | | | | | | | |
| 4.  PNC Bank Account | A | Interest | J | T | | | | | |
| 5.  IRA | | | | | | | | | |
| 6.  -Cash Deposit-- Northwestern Mutual Investment Services | A | Interest | J | T | | | | | |
| 7.  -ACINX (Columbia Acorn International Fund) | A | Int./Div. | J | T | Sold (part) | 03/11/13 | J | A | |
| 8.  -DODFX (Dodge & Cox International Fund) | A | Int./Div. | K | T | | | | | |
| 9.  -FVHIX (Franklin High Income Fund Advisor) | A | Int./Div. | J | T | | | | | |
| 10.  -HADBX (Harbor Bond Fund Institutional Class Fund) | A | Int./Div. | K | T | Buy (add'l) | 12/10/13 | J | | |
| 11.  -LSBRX (Loomis Sayles Bond Fund Retail Fund) | A | Int./Div. | | | Sold | 03/11/13 | J | A | |
| 12.  -ICSLX (Mainstay ICAP Select Equity Fund) | D | Int./Div. | K | T | Sold (part) | 03/11/13 | J | A | |
| 13.  -ICSLX | | | | | Sold (part) | 12/10/13 | J | A | |
| 14.  -ODMAX (Oppenheimer Developing Markets Fund) | B | Int./Div. | K | T | Sold (part) | 03/11/13 | J | A | |
| 15.  -ODMAX | | | | | Buy (add'l) | 12/10/13 | J | | |
| 16.  -PARSX (Parnassus Small-Cap Fund) | B | Int./Div. | J | T | Sold (part) | 12/10/13 | J | A | |
| 17.  -PCRPX (Pimco Commodity Real Return Fund) | A | Int./Div. | K | T | Buy (add'l) | 03/11/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -UMBMX (Scout Mid Cap Fund) | B | Int./Div. | J | T | Sold (part) | 03/11/13 | J | A | |
| 19. -UMBWX (Scout International Fund) | B | Int./Div. | K | T | | | | | |
| 20. -TGBAX (Templeton Global Bond Fund Advisor) | A | Int./Div. | K | T | | | | | |
| 21. -MCGFX (Aston/Montag & Caldwell Growth Fund) | B | Int./Div. | K | T | Sold (part) | 03/11/13 | J | A | |
| 22. -MCGFX | | | | | Sold (part) | 12/10/13 | J | A | |
| 23. -VSISX (Vanguard Small-Cap Index Signal Fund) | B | Int./Div. | J | T | | | | | |
| 24. -VMISX (Vanguard Mid-Cap Index Signal Fund) | C | Int./Div. | J | T | Sold (part) | 12/10/13 | J | A | |
| 25. -VTSSX (Vanguard Total Stock Market Index Signal Fund) | D | Int./Div. | K | T | Sold (part) | 05/31/13 | J | B | |
| 26. -VTSSX | | | | | Sold (part) | 12/10/13 | J | A | |
| 27. -GLD (SPDR Gold Tr Gold Shs) | A | Int./Div. | | | Sold | 05/31/13 | J | A | |
| 28. -XLE (Select Sector SPDR Tr Energy) | B | Int./Div. | J | T | | | | | |
| 29. -DODIX (Dodge & Cox Income Fund) | A | Int./Div. | J | T | | | | | |
| 30. -HARRX (Harbor Real Return Fund Institutional) | A | Int./Div. | | | Buy (add'l) | 03/11/13 | J | | |
| 31. -HARRX | | | | | Sold | 12/10/13 | J | A | |
| 32. -VGRSX (Vanguard REIT Index Signal Fund) | A | Int./Div. | K | T | Buy (add'l) | 12/10/13 | J | | |
| 33. -VIBSX (Vanguard Intermediate Term) | A | Int./Div. | | | Buy (add'l) | 06/03/13 | J | | |
| 34. -VISBX | | | | | Sold | 07/11/13 | J | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 4/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -APOIX (American Century Short Duration) | A | Int./Div. | J | T | Buy | 12/11/13 | J | | |
| 36. -DRGTX (Allianzgi Technology Fund) | B | Int./Div. | J | T | Buy | 05/31/13 | J | | |
| 37. -FSRIX (Fidelity Advisor Strategic Income) | A | Int./Div. | J | T | Buy | 03/11/13 | J | | |
| 38. -VFSTX (Vanguard Short Term Inestment Grade) | A | Int./Div. | K | T | Buy | 12/11/13 | K | | |
| 39. | | | | | | | | | |
| 40. Trust No. 1 | | | | | | | | | |
| 41. -Wachovia (now Wells Fargo) checking acct. | A | Interest | J | T | | | | | |
| 42. -Wachovia (now Wells Fargo) savings acct. | A | Interest | J | T | | | | | |
| 43. -Kincecta Federal Savings & Loan checking acct. | A | Interest | M | T | | | | | |
| 44. -Kinecta Federal Savings & Loan savings acct. | A | Interest | J | T | | | | | |
| 45. | | | | | | | | | |
| 46. -Fidelity Cash Reserve acct. | A | Interest | | | Merged (with line 61) | 12/27/13 | M | A | |
| 47. -New York Life whole life insurance policy | A | Int./Div. | K | T | | | | | |
| 48. -New York Life family life insurance policy | A | Int./Div. | J | T | | | | | |
| 49. -New York Life variable annuity | A | Int./Div. | J | T | | | | | |
| 50. -USAA whole life insurance policy | B | Int./Div. | K | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 4/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -AT&T Inc stock | A | Dividend | | | Sold | 12/27/13 | J | A | |
| 53. -Comcast Corp Cl A stock | A | Dividend | J | T | | | | | |
| 54. -General Electric Co stock | B | Dividend | | | Sold | 12/27/13 | L | A | |
| 55. -News Corp Class A New stock | A | Dividend | | | Merged (with line 56) | 06/28/13 | J | A | |
| 56. -Twenty First Century Fox Class A stock | A | Int./Div. | K | T | | | | | |
| 57. -Northrop Grumman Corp stock | B | Dividend | L | T | | | | | |
| 58. -Raytheon Company New stock | D | Dividend | N | T | Sold (part) | 12/27/13 | K | E | |
| 59. -3M Company stock | B | Dividend | L | T | | | | | |
| 60. -Wells Fargo CD | A | Interest | K | T | | | | | |
| 61. -Fidelity US Treasury Money Mkt | A | Interest | M | T | | | | | |
| 62. -Huntington Ingalls Indus stock | A | Dividend | J | T | | | | | |
| 63. -Chevron Corp stock | D | Dividend | M | T | | | | | |
| 64. -Morgan Stanley Smith Barney LLC Bank Deposit | A | Interest | | | Closed | 12/27/13 | J | A | |
| 65. Fidelity Portfolio Advisory Service | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 4/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With respect to lines 55 and 56 of the Investments and Trusts section, on June 28, 2014, News Corp changed the name of the News Corp Class A New stock into Twenty First Century Fox Class A stock. The new stock is now called Twenty First Century Fox Class A stock. The computer did not have a category for such a name change Thus, I used the category "merged with" on the form.

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 4/30/2014 |

## IX. CERTIFICATION.

 I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

 I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James C. Dever**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544